IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV570-RLV-DSC

| | |
|---|---|
| DAMITA KENNEDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FOOT LOCKER, INC., et. al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Kevin M. Smith and Katherine R. Sinatra]" (documents ##13 and 14) filed December 13, 2010. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: December 14, 2010

David S. Cayer
United States Magistrate Judge