IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

DAMITA KENNEDY, on behalf of herself and others similarly situated,

Plaintiff,

vs.

FOOT LOCKER, INC.; FOOT LOCKER RETAIL, INC.; and DOES 1-10,

Defendants.

Case No. 3:10-CV-570- MOC-DSC

**ORDER**

Upon consideration of Defendant Foot Locker's Motion to Stay Proceedings Pending a Decision by the Judicial Panel on Multi-District Litigation, it is hereby

**ORDERED** that Defendant's Motion to Stay Proceedings Pending a Decision by the Judicial Panel on Multi-District Litigation is **GRANTED** and this matter is stayed pending a decision by the Judicial Panel on Multi-District Litigation on Defendant's Motion to Transfer.

Defendant is to notify the Court as soon as practicable after a decision from the Judicial Panel on Multi-District Litigation is issued.

**SO ORDERED**.   Signed: April 18, 2011

David S. Cayer
United States Magistrate Judge